UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CAMELLA PINKNEY-PRICE,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK, THE OFFICE OF THE
BRONX BOROUGH PRESIDENT, RUBEN DIAZ, Jr.,
INDIVIDUALLY and AS BRONX BOROUGH
PRESIDENT, PAUL DELDUCA, INDIVIDUALLY and
AS CHIEF OF STAFF OF THE OFFICE OF THE
BRONX BOROUGH PRESIDENT, and RAYMOND
SANCHEZ, INDIVIDUALLY and AS GENERAL
COUNSEL OF THE OFFICE OF THE BRONX
BOROUGH PRESIDENT,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

No. 14-cv-9738 (SAS) (FM)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendant RUBEN DIAZ, JR., ("Diaz, Jr."), INDIVIDUALLY and AS BRONX BOROUGH PRESIDENT, PAUL DELDUCA ("Del Duca"), INDIVIDUALLY and AS CHIEF OF STAFF OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT, and RAYMOND SANCHEZ ("Sanchez"), INDIVIDUALLY and AS GENERAL COUNSEL OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be

addressed to me.

Dated:     New York, New York
           February 3, 2015

                                      **ZACHARY W. CARTER**
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-184
                                      New York, New York 10007
                                      (212) 356-2445
                                      gkim@law.nyc.gov

                                      By:      /s/ Grace D. Kim
                                                   Grace D. Kim
                                                     Assistant Corporation Counsel

To:    Kevin T. McCarthy, Esq. (*via ECF*)
         McMahon & McCarthy
         3054 East Tremont Ave.
         25 East 233rd Street
         Bronx, New York 10470
         (718) 324-8900
         (718) 324-2614
         atyktm@optonline.net
         Attorneys for Plaintiff