UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CAMELLA PINKNEY-PRICE,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, THE OFFICE OF THE BRONX BOROUGH PRESIDENT, RUBEN DIAZ, Jr., INDIVIDUALLY and AS BRONX BOROUGH PRESIDENT, PAUL DELDUCA, INDIVIDUALLY and AS CHIEF OF STAFF OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT, and RAYMOND SANCHEZ, INDIVIDUALLY and AS GENERAL COUNSEL OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT,

                              Defendants.
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

14-CV-9738 (SAS) (FM)

**PLEASE TAKE NOTICE** that I am the Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the Defendants THE CITY OF NEW YORK, THE OFFICE OF THE BRONX BOROUGH PRESIDENT, RUBEN DIAZ, Jr., INDIVIDUALLY and AS BRONX BOROUGH PRESIDENT, PAUL DELDUCA, INDIVIDUALLY and AS CHIEF OF STAFF OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT, and RAYMOND SANCHEZ, INDIVIDUALY and AS GENERAL COUNSEL OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below, and that I be placed as Lead Counsel for defendant on the Docket Sheet.

Dated:       New York, New York
               July 2, 2015

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-102
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By:     /s/
    William A. Grey
    Senior Counsel

To:   Kevin T. McCarthy, Esq. (*via ECF*)
    McMahon & McCarthy
    Attorneys for Plaintiff
    3054 East Tremont Ave.
    25 East 233rd Street
    Bronx, New York 10470
    (718) 324-8900/
    (718) 324-2614
    atyktm@optonline.net

No. 14-CV-9738 (SAS) (FM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CAMELLA PINKNEY-PRICE,<br><br>                 Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, THE OFFICE OF THE BRONX BOROUGH PRESIDENT, RUBEN DIAZ, Jr., INDIVIDUALLY and AS BRONX BOROUGH PRESIDENT, PAUL DELDUCA, INDIVIDUALLY and AS CHIEF OF STAFF OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT, and RAYMOND SANCHEZ, INDIVIDUALLY and AS GENERAL COUNSEL OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT,<br><br>                 Defendants. |
| **NOTICE OF APPEARANCE** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br> *Attorney for Defendants*<br> *100 Church Street, Room 2-102*<br> *New York, N.Y. 10007*<br><br> *Of Counsel: William A. Grey*<br> *Tel: (212) 356-1181*<br> *Matter No.: 2014-046194* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y....................................................... , 201..*<br><br>*................................................................. Esq.*<br><br>*Attorney for........................................................* |