Case 1:14-cv-09738-SAS   Document 20   Filed 07/27/15   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/15
```

------------------------------------------------------------x

CAMELLA PINKNEY-PRICE,

                                 Plaintiff,

-against-

CITY OF NEW YORK, THE OFFICE OF THE BRONX BOROUGH PRESIDENT, RUBEN DIAZ, Jr., INDIVIDUALLY and AS BRONX BOROUGH PRESIDENT, PAUL DELDUCA, INDIVIDUALLY and AS CHIEF OF STAFF OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT, and RAYMOND SANCHEZ, INDIVIDUALLY and AS GENERAL COUNSEL OF THE OFFICE OF THE BRONX BOROUGH PRESIDENT,

                                 Defendant.

------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

14 CV 9738 (SAS)

**WHEREAS,** plaintiff CAMELLA PINKNEY-PRICE commenced the above-captioned action, by filing a complaint in the United States District Court for the Southern District of New York, Docket Number 14 Civ. 9738 (SAS) on or about Dec 10, 2014, alleging, among other things, violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII"), the Civil Rights Act of 1871, the Fourteenth Amendment to the United States Constitution, 42 U.S.C. § 1981, and 42 U.S.C. § 1983;

**WHEREAS,** throughout the prosecution of this matter, and execution of this Stipulation of Voluntary Dismissal, plaintiff has been represented by counsel of her choosing, that is, McMahon & McCarthy, 25 East 233rd Street, Bronx, New York 10470;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as represented below, that the above-captioned action is hereby withdrawn, discontinued, and dismissed with prejudice and without interest, costs, disbursements or attorney fees to either party pursuant to FRCP 41(a)(1)(A), and that an order to that effect may be entered without further notice.

Dated:   New York, New York
         July 24, 2015

**MCMAHON & MCCARTHY**
Attorneys for Plaintiff
25 East 233rd Street
Bronx, New York 10470
(212) 324-8900
atymjm@optonline.net

By: _____
    Matthew McMahon

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-102
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By: _____
    William A. Grey
    Senior Counsel

So Ordered:
_____
USDJ
7/27/15